UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs/Relator,<br><br>vs.<br><br>CONCORDIA COLLEGE and SARA SCHENIRER SEMINARY,<br><br>Defendants. | No. 19-CV-3544 (KMK)<br><br>**FILED *IN CAMERA* & UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3730**<br><br>**ORDER** |

Relator having voluntarily dismissed this action without prejudice and having requested to modify the Court's Order, dated May 25, 2021 (the "Order") so as to redact Relator's name and identity; and counsel to the United States of America and the State of New York having consented to said dismissal and having taken no position with said request;

IT IS ORDERED THAT,

The Order is hereby modified to redact Relator's name and identity before any unsealing and the Clerk is hereby directed to: (1) remove Relator's name, address and identity from the docket, the title of the case and the Court's electronic systems; and, (2) redact Relator's name and identity in the case captions of the four documents to be unsealed pursuant to paragraph 2 of the Order, and only unseal the attached redacted copy of the complaint. No other documents are to be unsealed.

Dated: White Plains, New York
    June 23, 2021

SO ORDERED:

_____
KENNETH M. KARAS
United States District Judge